**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| ONEBEACON INSURANCE ) | |
| COMPANY as assignee of GAGE FARMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:10CV8 SNLJ |
| ) | |
| DEERE & COMPANY d/b/a ) | |
| JOHN DEERE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for extension of time to complete discovery, #14, filed July 23, 2010. Plaintiff requests a modification of the Case Management Order that generally reflects a two month extension on all dates, with the exception of the trial date. Defendant has filed a response requesting different dates for defendant's Rule 26(a)(2) disclosure, the discovery completion date, and the dispositive motions filing date. Plaintiff has not objected to these revised deadlines.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to complete discovery, #14, filed July 23, 2010 is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's 26(a)(2) disclosure will be due on November 1, 2010 and plaintiff shall make expert witnesses available for depositions and have depositions completed, no later than December 15, 2010.

**IT IS FURTHER ORDERED** that defendant's 26(a)(2) disclosure will be due on

January 20, 2011 and defendant shall make expert witnesses available for depositions and have depositions completed, no later than February 28, 2011.

      **IT IS FURTHER ORDERED** that this case shall be referred to alternative dispute resolution on January 1, 2011, and that reference shall terminate February 28, 2011.

      **IT IS FURTHER ORDERED** that the deadline for completion of discovery is extended to Tuesday, March 15, 2011.

      **IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is extended to Thursday, March 31, 2011.

      **IT IS FURTHER ORDERED** that the jury trial is rescheduled for **Friday, July 29, 2011 at 9:30 a.m.**

      **IT IS FINALLY ORDERED** that all other provisions in the Case Management Order remain in effect.

Dated this   4th   day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE