UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
CAPE GIRARDEAU - SOUTHEASTERN DIVISION

ONEBEACON INSURANCE COMPANY )
as assignee of GAGE FARMS, )
)
    Plaintiff, )
)   Cause No.: 1:10 CV 0008 SNLJ
vs. )
)
DEERE & COMPANY d/b/a )
JOHN DEERE, )
)
    Defendant. )

## DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER

COMES NOW the Defendant Deere & Company and for its Motion for Entry of a Protective Order in this matter, states to the Court as follows:

1.     Plaintiff has served a Second Request for Production upon the Defendant requesting design calculations. Defendant has raised an objection based upon the proprietary and confidential nature of the information requested. However, Defendant is agreeable to producing certain design drawings upon the entry of an appropriate protective order.

2.     The parties have reached an agreement on this issue and have signed a "Stipulated Protective Order," a copy of which is attached hereto as Exhibit A.

WHEREFORE, Defendant prays for an order of this Court entering the Stipulated Protective Order, ordering the parties to comply with the Stipulated Protective Order, and for such other and further orders as the Court deems just and proper in the circumstances.

BARKLAGE, BRETT,
WIBBENMEYER & HAMILL, P.C.


BY: /s/ Daniel K. Barklage
DANIEL K. BARKLAGE    # 7673
211 North Third Street
St. Charles, Missouri 63301
Telephone (636) 949-2120
Facsimile (636) 949-8786
dbarklage@barklage-brett.com

Attorney for Defendant Deere & Company


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by Notice of Electronic Filing with the Court's CM-ECF filing system this 2nd day of November, 2010, upon:

Marisa L. Saber #60360
COZEN O'CONNOR
333 W. Wacker Drive, Suite 1900
Chicago, IL 60606-1293

Attorneys for Plaintiff

I further certify that a signed original of the foregoing document is on file in the law office of Barklage, Brett, Wibbenmeyer & Hamill, P.C.


  /s/ Daniel K. Barklage
Daniel K. Barklage